

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Nolberto Ortega, Jr. a/k/a Albert Ortega, Jr. a/k/a Nolbert Ortega, Jr.,

\* From the 266th District Court of Erath County, Trial Court No. CR14715.

Vs. No. 11-17-00036-CR

\* January 31, 2019

The State of Texas,

\* Memorandum Opinion by Wright, S.C.J. (Panel consists of: Bailey, C.J., Willson, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.